**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7723**

BRIAN FARABEE,

Plaintiff - Appellant,

v.

HAROLD CLARKE, Director of the Virginia Department of Corrections; ERIC MADSEN, Psychologist II; A. DAVID ROBINSON, Chief of Corrections Operations ("CCO"); M. CARRY, M.D., Psychiatrist; THE VIRGINIA DEPARTMENT OF CORRECTIONS, (VA DOC),

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, District Judge. (7:16-cv-00325-MFU-RSB)

Submitted: April 18, 2017                          Decided: April 24, 2017

Before GREGORY, Chief Judge, and Shedd and Duncan, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Brian Damon Farabee, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Farabee seeks to appeal the district court's order denying his motion for injunctive relief by declaratory judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order that Farabee seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*